IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CASEY COUCH, #223876,                    )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )          CIVIL ACTION NO. 2:09cv740-ID
                                         )
COI - MR. LAWRENCE,                      )
                                         )
          Defendant.                     )

**ORDER AND OPINION**

On February 18, 2010, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed.  (Doc. # 18).  Upon an independent review of

the file in this case and upon consideration of the Recommendation of the Magistrate Judge,

it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that:

1.     Defendant Lawrence is DISMISSED without prejudice for failure to effect

       service on this individual in accordance with applicable procedural rules; and

2.     There being no defendants remaining to this cause of action, this matter is

       DISMISSED without prejudice.

Done this the 11th day of March,  2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE